IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:05-cr-00015-1 |
| | ) | Judge Trauger |
| MARK ANGELO BUFORD | ) | |
| | ) | |

**O R D E R**

A hearing was held on December 3, 2019 on the Superseding Petition to Revoke Supervision (Docket No. 200). The defendant pled guilty to the additional positive drug screen on September 25, 2019, as set out in Violation No. 1.

It is hereby ORDERED that the defendant shall serve two days per week at the Warren County Regional Jail in Bowling Green, Kentucky, beginning on Sunday, January 5, 2020. He shall serve each week from Sunday at 5:00 p.m. until Tuesday at 5:00 p.m. and continue serving his supervised release term the other five days of the week. When jail space becomes available in Nashville, the court will enter a subsequent order. At the conclusion of the custody term, the defendant will serve an additional six months of supervised release.

It is so **ORDERED**.

ENTER this 3rd day of December 2019.

_____
ALETA A. TRAUGER
U.S. District Judge